## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GOLD RESERVE INC.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **Civil Action No. 1:14-cv-02014-JEB** |
| ) | |
| **BOLIVARIAN REPUBLIC OF** ) | |
| **VENEZUELA,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

### RETURN OF SERVICE

Pursuant to 28 U.S.C. § 1746, I, Rick Goodman, declare as follows:

1.      I am over the age of eighteen (18) and make this declaration from personal knowledge based on information reviewed and/or referenced herein.

2.      I am the Director of International Services for Process Forwarding International.

3.      On December 31, 2014, I transmitted the following documents via Federal Express to the Ministerio del Poder Popular Para Relaciones Exteriores for the Bolivarian Republic of Venezuela (the Ministry of the People's Power of Foreign Relations, or "Venezuelan Foreign Ministry"), with two copies in English and two copies translated into Spanish, pursuant to 28 U.S.C. § 1608(a)(2) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"):

   a.   Request for Service Abroad of Judicial or Extrajudicial Documents
   b.   Summons in a Civil Action
   c.   Notice of Right to Consent to Trial Before a United States Magistrate Judge
   d.   Notice, Consent, and Reference of a Civil Action to a Magistrate Judge
   e.   Petition to Confirm Arbitral Award
   f.   (Proposed) Order
   g.   Declaration of Matthew H. Kirtland
   h.   Declaration of Matthew H. Kirtland, Exhibit 1(A)

    i.   Declaration of Matthew H. Kirtland, Exhibit 1(B)
    j.   Declaration of Matthew H. Kirtland, Exhibit 1(C)
    k.  Declaration of Matthew H. Kirtland, Exhibit 1(D)
    l.   Declaration of Matthew H. Kirtland, Exhibit 2
    m. Declaration of Matthew H. Kirtland, Exhibit 3
    n.  Declaration of Matthew H. Kirtland, Exhibit 4
    o.  Declaration of Matthew H. Kirtland, Exhibit 5
    p.  Declaration of Matthew H. Kirtland, Exhibit 6

4.     These documents were received by the Venezuelan Foreign Ministry on January 8, 2015. A true and correct copy of the Federal Express tracking report confirming the same is attached hereto at Exhibit A.

5.     The Venezuelan Foreign Ministry is both the Central Authority for Venezuela under the Hague Convention and the proper recipient of service of process for Venezuela in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2015.

Rick Hamilton
Director of International Services
Process Forwarding International