Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

GOLD RESERVE INC.

_____
           Plaintiff(s)

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

_____
           Defendant(s)

Civil Action: 14-2014 JEB

**RE:** DEFENDANT: BOLIVARIAN REPUBLIC OF VENEZUELA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/8/15, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of March, 2015 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ T. Davis
Deputy Clerk