## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| GOLD RESERVE INC., | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:14-cv-02014-JEB |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | ) |
| Respondent. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of the Lawrence H. Martin, Esq. as counsel for respondent Bolivarian Republic of Venezuela.

        Respectfully submitted,

        /s/ *Lawrence H. Martin*
        Lawrence H. Martin (D.C. Bar # 476639)
        lmartin@foleyhoag.com
        FOLEY HOAG LLP
        1717 K Street, N.W.
        Washington, D.C. 20006
        Telephone: (202) 232-1200
        Facsimile: (202) 785-6687

Dated: March 27, 2015

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on March 27, 2015.

        /s/ *Lawrence H. Martin*
        Lawrence H. Martin