# EXHIBIT 1

## SOLICITUD
## PARA NOTIFICACIÓN DE DOCUMENTOS JUDICIALES O EXTRAJUDICIALES EN EL EXTRANJERO

Convención sobre la notificación en el extranjero de documentos judiciales y extrajudiciales sobre asuntos civiles o comerciales, firmado en la Haya, 15 de noviembre de 1965.

| Identidad y dirección del solicitante | Dirección de la autoridad receptora |
|---|---|
| **RICK HAMILTON** <br> **633 YESLER WAY** <br> **SEATTLE, WA 98104** <br> **ESTADOS UNIDOS DE AMÉRICA** <br><br> SOLICITANTE AUTORIZADO EN CONFORMIDAD CON LA REGULACIÓN 4(C) 2(A) FEDERAL PARA PROCEDIMIENTOS CIVILES | MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES, OFICINA DE RELACIONES CONSULARES, AVENIDA URDANETA ESQUINA DE "CARMELITAS" A "PUENTE LLAGUNO" EDIFICIO ANEXO A LA TORRE "MRE" CARACAS 1010 <br> **REPÚBLICA BOLIVARIANA DE VENEZUELA** |

El solicitante aquí firmante tiene el honor de transmitir -por duplicado- los documentos listados a continuación y, en conformidad con el artículo 5 de la Convención antes mencionada, solicita una notificación oportuna de una copia de lo mismo para el consignatario, por ej.

(Identidad y dirección)
REPÚBLICA BOLIVARIANA DE VENEZUELA
Ministerio de Poder Popular para Relaciones Exteriores
Oficina de Relaciones Consulares, Avenida Urdaneta
Esquina de "carmelitas" a "Puente Llaguno", Edificio anexo a la torre "MRE"
Caracas 1010
República Bolivariana de Venezuela

| ( x ) | **(a) en conformidad con las estipulaciones del subpárrafo (a) del primer párrafo del artículo 5 de la Convención*** |
|---|---|
| ( ) | **(b) en conformidad con el siguiente método particular (subpárrafo (b) del primer párrafo del artículo 5):*** |
| ( ) | **(c) por entrega al consignatario, si éste lo acepta voluntariamente (segundo párrafo del artículo 5).*** |

Se requiere que la autoridad devuelva o que haga devolver al solicitante una copia de los documentos- y de los anexos*- con el certificado adjunto.

*Lista de documentos:*

- Citacion en una acción civil
- Notificación de derecho a consentir a juicio ante un juez de primera instancia de los Estados Unidos
- Notificación, consentimiento y referencia de una acción civil a un juez de primera instancia
- Petición para confirmar el laudo arbitral
- Orden [Propuesto]
- Declaración de Matthew H. Kirtland
- Declaración de Matthew H. Kirtland Prueba 1(A)
- Declaración de Matthew H. Kirtland Prueba 1(B)
- Declaración de Matthew H. Kirtland Prueba 1(C)
- Declaración de Matthew H. Kirtland Prueba 1(D)
- Declaración de Matthew H. Kirtland Prueba 2
- Declaración de Matthew H. Kirtland Prueba 3
- Declaración de Matthew H. Kirtland Prueba 4
- Declaración de Matthew H. Kirtland Prueba 5
- Declaración de Matthew H. Kirtland Prueba 6

* Si corresponde

**Hecho en:** SEATTLE, WA, EEUU

**El:** 19 de diciembre del 2014

**Firma y/o sello**

## RESUMEN DEL DOCUMENTO A SER NOTIFICADO

**Convención sobre el servicio en el extranjero de documentos judiciales y extrajudiciales sobre asuntos civiles o comerciales, firmado en la Haya, 15 de noviembre de 1965.**

### (Artículo 5, párrafo cuarto)

Nombre y dirección de la autoridad solicitante:   **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**Estados Unidos de América**

Particulares de las partes:
**GOLD RESERVE INC.**            **vs.**            **REPÚBLICA BOLIVARIANA DE VENEZUELA**

## DOCUMENTO JUDICIAL*

Naturaleza del documento:
Notificar al demandado de la institución contra éste de una demanda por daños civiles..

Naturaleza y propósito de los procedimientos judiciales, y si es aplicable, el monto en disputa:
El demandante busca confirmar un laudo arbitral por un monto de USD$ 740,331,576.00, al 26 de noviembre/2014.

Fecha y sitio para efectuar la comparecencia*
A los 60 días de haberse notificado estos documentos, usted debe presentar al demandante una respuesta a la petición o un rechazo a la demanda en conformidad con la Regulación 12 de las Reglas Federales de Procedimiento Civil.

Corte que ha dado el veredicto*
n/a

Fecha del veredicto:*
n/a

Límites de tiempo estipulados en el documento*
Fecha de la audiencia:

## DOCUMENTO EXTRAJUDICIAL*

Nombre y propósito del documento:
n/a

Límites de tiempo estipulados en el documento*
n/a



TRACKING #: 30330309

USM-94 (Est. 11/25/77)
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)
* Delete if inappropriate

# CERTIFICADO

**La autoridad aquí firmante tiene el honor de certificar, en conformidad con el artículo 6 de la Convención,**

1) Que el documento ha sido notificado*
el (fecha)_____
en (lugar, calle, número)_____
_____

Por uno de los siguientes métodos autorizados por el artículo 5:
( ) (a) en conformidad con las estipulaciones del literal (a)
    del primer párrafo del artículo 5 de la Convención*

( ) (b) en conformidad con el siguiente método particular:*
_____
_____

( ) (c) por la entrega al consignatario, quien la acepta voluntariamente.*

Los documentos referidos en la solicitud han sido entregados a:
(identidad y descripción de la persona)
_____
_____

relación familiar, comercial o de otro tipo con el consignatario
_____

2) que el documento no ha sido entregado, debido a los siguientes hechos*
_____
_____

**En conformidad con el segundo párrafo del artículo 12 de la Convención, se requiere que el solicitante pague o reembolse los gastos detallados en la declaración adjunta.***

**Anexos**
**Documentos devueltos:**
_____        Hecho en _____, el_____
_____
_____        Firma y/o estampa
_____

En casos apropiados, documentos que establecen
 la notificación:
_____



TRACKING #. 30330309

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)
* Delete if inappropriate

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR
## EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in
Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en
matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| RICK HAMILTON | MINISTERIO DEL PODER POPULAR PARA RELACIONES |
| 633 YESLER WAY | EXTERIORES, OFICINA DE RELACIONES CONSULARES |
| SEATTLE, WA 98104 | AVENIDA URDANETA |
| UNITED STATES OF AMERICA | ESQUINA DE "CARMELITAS" A "PUENTE LLAGUNO" |
| | EDIFICIO ANEXO A LATORRE "MRE" |
| AUTHORIZED APPLICANT PURSUANT TO PUBLIC | CARACAS 1010 |
| LAW 97-351 OF FEB. 26, 1983 WHICH AMENDED | REPUBLICA BOLIVARIANA DE VENEZUELA |
| RULE 4(c) 2(a) FEDERAL RULES OF CIVIL | |
| PROCEDURE | |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed
below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt
service of one copy thereof on the addressee, i.e.:
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les
documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire
remettre sans retard un exemplaire au destinataire, à savoir :

| (identity and address) |
|---|
| (identité et adresse) |
| BOLIVARIAN REPUBLIC OF VENEZUELA |
| Ministerio de Poder Popular para Relaciones Exteriores |
| Oficina de Relaciones Consulares, Avenida Urdaneta |
| Esquina de "carmelitas" a "Puente Llaguno", Edificio anexo a la torre "MRE" |
| Caracas 1010 |
| Republica Bolivariana de Venezuela |

| ☒ | a) | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre *a)*)* |
|---|---|---|
| ☐ | b) | in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)*:<br>selon la forme particulière suivante (article 5, alinéa premier, lettre *b)*)* : |
| ☐ | c) | by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents -
and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* -
avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- SUMMONS IN A CIVIL ACTION
- NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A UNITED STATES MAGISTRATE JUDGE
- NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE
- PETITION TO CONFIRM ARBITRAL AWARD
- (PROPOSED) ORDER
- DECLARATION OF MATTHEW H. KIRTLAND
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 1(A)
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 1(B)
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 1(C)
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 1(D)
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 2
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 3
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 4
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 5
- DECLARATION OF MATTHEW H. KIRTLAND, EXHIBIT 6
- _____

* if appropriate / s'il y a lieu

**Done at /** Fait à SEATTLE, WA, USA.

**The /** le 12TH DECEMBER, 2014

**Signature and/or stamp**
Signature et / ou cachet

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

## (article 5, fourth paragraph)

Name and address of the requesting authority:   **Rick Hamilton**
                                                   **633 Yesler Way**
                                                   **Seattle, WA 98104**
                                                   **United States of America**

Particulars of the parties:
    **GOLD RESERVE INC.**                     VS.     **BOLIVARIAN REPUBLIC OF VENEZUELA**

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to confirm an arbitration award and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has sixty days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



TRACKING #: 30330309

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
   the  (date) _____
   at  (place, street, number) _____
   _____

   in one of the following methods authorized by article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a)
   of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person)
   _____
   _____

   relationship to the addressee family, business, or other
   _____

2) that the document has not been served, by reason of the following facts:*
   _____
   _____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.***

Annexes

Documents returned:

_____           Done at _____, the _____

_____           Signature and/or stamp

In appropriate cases, documents establishing
the service:

_____



TRACKING #: 30330309

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate