# EXHIBIT 2



Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores
Oficina de Relaciones Consulares
Dirección del Servicio Consular Extranjero
Área de Asuntos Especiales
I.ORC.DSCE/AAE

Caracas, 2 6 ENE 2015

Encargado de Negocios:   0611

Tengo el agrado de dirigirme a usted en la oportunidad de remitir, a fin de que sea enviada a la autoridad competente de ese país, la Carta Rogatoria de fecha 19/12/2014, recibida en esta Oficina el 08/01/2015, expedida por el Tribunal de Distrito de los Estados Unidos de América para el Distrito de Columbia, relacionada con la acción civil incoada por **GOLD RESERVE INC**, contra **LA REPÚBLICA BOLIVARIANA DE VENEZUELA**, la cual fue librada bajo el contexto de los lineamientos establecidos en la Convención de La Haya de 1965 sobre Notificación y Traslado en el Extranjero de Documentos Judiciales y Extrajudiciales en Materia Civil y Comercial, y tiene por objetivo la notificación de **la República Bolivariana de Venezuela**.

Sobre el particular, una vez revisados los documentos adjuntos a la citada Carta Rogatoria, se pudo evidenciar que no fueron remitidos en original o copia certificada. Asimismo, el formulario anexo a la misma carece del sello de la empresa *Process Forwarding International*, compañía autorizada por el Departamento de Justicia estadounidense para la remisión y ejecución de las Cartas Rogatorias libradas bajo el amparo de la Convención *in comento*. En tal sentido, se devuelve la documentación en referencia, a objeto de que sea subsanado lo anteriormente señalado.

Agradeciendo la colaboración que sirva prestar a la presente, hago propicia la ocasión para expresarle mi consideración y estima.

Frankceline Bratta Goyo
Directora General (E) de la Oficina de Relaciones Consulares
G.O. N° 40,509 del 01/10/2014, Resol. 156 del 30/09/2014

Al Señor
**Maximilian Sánchez Arvelaíz**
Encargado de Negocios a.i. de la
República Bolivariana de Venezuela en los
Estados Unidos de América.-

EMBAJADA DE VENEZUELA EN
LOS EE. UU. DE AMERICA
FECHA: 29/1/15
RECIBIDO POR
VALIJA DIPLOMATICA N° 23

LMEG/SER/FR
21-01-2015

Torre MRE – Anexo /Av. Urdaneta, esquina de Carmelitas a Puente Llaguno  Telf: 0212-8064449 Ext 6709
Correo Electrónico: relaciones.consulares@mppre.gob.ve

[FLAG]
**Bolivarian** Government | Ministry of the People's Power | [SEAL]
Of Venezuela | of **Foreign Relations** | [illegible]

**Office of Consulate Relations**
**Directorate of Foreign Consulate Service**
**Department of Special Matters**
**I.ORC.DSCE/AAE**

Caracas, January 26, 2015

Charge d'Affaires:            0611

    I have the honor of writing to you with the purpose of remitting this, so that the Letter Rogatory dated 12/19/2014, received by this Office on 01/08/2015 and issued by the United States District Court of the District of Columbia, with respect to the civil action filed by **GOLD RESERVE INC.** against **THE BOLIVARIAN REPUBLIC OF VENEZUELA**, which was serviced pursuant to the guidelines established in the Hague Convention of 1965 on Service and Process Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, purpose of which was to duly serve notice to the **Bolivarian Republic of Venezuela**, may be sent back to the competent authority of said country.

    With regard to the foregoing, once the documents attached to the aforementioned Letter Rogatory were reviewed, it was realized that those documents were not remitted in original or in certified copy. Furthermore, the form attached thereto does not contain the seal from the company *Process Forwarding International*, which is a company authorized by the US Department of Justice for remitting and executing Letters Rogatary served in compliance with the aforementioned Convention. As a result, the referenced documentation is hereby returned so that aforementioned may be remedied.

    I appreciate you collaboration in this matter, and I look forward to hearing from you soon.

[illegible stamp]         [signature]
**Frankceline Bratta Goyo**
General Director (E) of the Office of Consulate Relations
G.O. No. 40,509 dated 10/01/2014, Resolution 156 dated 09/30/2014

To:
**Maximilian Sanchez Arvelaiz**
Charge d'Affaires for the
Bolivarian Republic of Venezuela in the
**United States of America**

VENEZUELAN EMBASSY IN THE UNITED STATES OF AMERICA
DATE: 1/29/15       [illegible signature]
RECEIVED BY DIPLOMATIC BAG NO. 03

[illegible signature]
LMEG/ [illegible]
01-21-2015

MRE Tower – Annex/ Av. Urdaneta, corner with Carmelitas a Puente Llaguno Tele: 0212-8064449 Ext. 6709
Email: relaciones.consulares@mppre.gob.ve