# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLUMBIA

|  |  |
|---|---|
| GOLD RESERVE INC., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BOLIVARIAN REPUBLIC OF VENEZUELA, ) <br> ) <br> Respondent. ) | Civil Action No. 1:14-cv-02014-JEB |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE
## OF ANDREW B. LOEWENSTEIN

Lawrence H. Martin, Esq. ("Sponsoring Counsel"), counsel for respondent Bolivarian Republic of Venezuela ("Venezuela") in the above-captioned matter, moves pursuant to Local Civil Rule 83.2(d) that Andrew B. Loewenstein, Esq. ("Attorney Loewenstein"), be granted leave to appear and practice in this Court on behalf of Venezuela in the above-captioned action. As grounds for this motion, Sponsoring Counsel states the following:

1. Sponsoring Counsel is a member of the bar of this Court and serves as counsel for Venezuela in this matter.

2. Attorney Loewenstein is a partner in the firm of Foley Hoag, LLP, with his office located at 155 Seaport Boulevard, in Boston, Massachusetts.

3. Attorney Loewenstein is a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the Tenth Circuit.

- 2 -

4. Attorney Loewenstein has not been disciplined by any bar in any jurisdiction, nor are disciplinary proceedings pending against him by any bar in any jurisdiction.

5. Attached hereto as Exhibit A is the Declaration of Andrew B. Loewenstein, Esq. in Support of Motion for Admission Pro Hac Vice.

6. Counsel for Petitioner has assented to this motion.

WHEREFORE, Sponsoring Counsel requests that Andrew B. Loewenstein, Esq. be granted leave to appear and practice on behalf of Venezuela in the above-captioned litigation.

Respectfully submitted,

/s/ *Lawrence H. Martin*
Lawrence H. Martin (D.C. Bar # 476639)
lmartin@foleyhoag.com
Janis H. Brennan (D.C. Bar # 412100)
jbrennan@foleyhoag.com
FOLEY HOAG LLP
1717 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 232-1200
Facsimile:  (202) 785-6687

Dated:  July 31, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as unregistered participants on July 31, 2015.

/s/ *Lawrence H. Martin*
Lawrence H. Martin
