UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOLD RESERVE INC.,

    Petitioner,

        v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

    Respondent.

Civil Action No.  14-2014 (JEB)

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Respondent's Motion to Dismiss or in the Alternative to Stay Enforcement is

   DENIED;

2. Petitioner's Petition to Confirm Arbitration Award is GRANTED;

3. The Award of the Arbitral Tribunal is CONFIRMED; and

4. Judgment for Gold Reserve Inc. is ENTERED in the amount of $713,032,000.00,

   plus (i) pre-award interest from April 14, 2008, to September 22, 2014 (the date

   of the Award) at the United States Government Treasury Bill Rate, compounded

   annually, in the amount of $22,299,576, (ii) post-award interest on the total

   amount awarded, inclusive of pre-award interest, at a rate of LIBOR plus 2%,

   compounded annually, from September 22, 2014, until payment in full; and (iii)

   the $5 million in legal fees and costs awarded by the Tribunal.

SO ORDERED.

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date:  November 20, 2015